```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MARCO ANTONIO ENRIQUEZ,                                            :
                                                                   :
                        Plaintiff,                                 :
                                                                   :     20-cv-7052 (LJL)
            -v-                                                    :
                                                                   :     ORDER
MAXIMILLION CAFÉ CORPORATION, et al.,                              :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

A hearing on the settlement was held on October 5, 2020 and memorialized by transcript. For the reasons stated at that hearing, the Court finds that the settlement is fair and reasonable and approves Plaintiff's counsel's request for attorneys' fees and costs.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012); *see also Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020).

        SO ORDERED.

Dated: October 7, 2021                             _____
       New York, New York                                   LEWIS J. LIMAN
                                                       United States District Judge